THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| H.L., by and through his parents, J.L. and J.L, and J.L. and J.L., individually, | : | |
| Plaintiffs, | : | |
| v. | : | 3:20-CV-1125 (JUDGE MARIANI) |
| TRI-VALLEY SCHOOL DISTRICT, | : | |
| Defendant. | : | |

**FILED
SCRANTON

MAR 14 2023

PER _____
DEPUTY CLERK**

**ORDER**

**AND NOW, THIS 14th DAY OF MARCH, 2023,** upon consideration of the Motions for Judgment on the Administrative Record filed by Plaintiffs H.L., by and through his parents, J.L. and J.L, and J.L. and J.L., individually (Doc. 12), and Defendant Tri-Valley School District (Doc. 13), and all documents relevant to such motions, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Judgment on the Administrative Record is **GRANTED**.

2. Plaintiffs' Motion for Judgment on the Administrative Record is **DENIED**.

3. Judgment is entered in favor of Defendant Tri-Valley School District and against Plaintiffs H.L., by and through his parents, J.L. and J.L, and J.L. and J.L., individually.

4. The Clerk is directed to **CLOSE** the case.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Judge