IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **H.L., by and through his parents J.L. and J.L. and J.L. and J.L., individually,** | : : : : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:20-cv-01125 |
| v. | : : | |
| **Tri-Valley School District,** | : | |
| Defendant | : : | |

## **JUDGMENT**

Pursuant to Order of Court, Judgment is hereby entered in favor of the Defendants, **Tri-Valley School District,** and against Plaintiffs, **H.L.,** by and through his parents, J.L. and J.L. and **J.L.** and **J.L.,** individually.

Dated: <u>March 14, 2023</u>

<u>Peter J. Welsh</u>
Clerk of Court
by s/ Ed Petroski
Deputy Clerk